

SUPPRESSED

**FILED**

APR -7 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-CY-30041-DWD |
| | ) | |
| ANTHONY ELLISON, | ) | Title 18, United States Code, |
| TYRUS CREW, Jr., | ) | Section 2118(b) and (d) |
| JAMES ROBINSON, and | ) | |
| IDANI JOHNSON, | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1) and (b)(1)(C), 846 |
| Defendants. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1
### CONSPIRACY TO COMMIT BURGLARY INVOLVING CONTROLLED SUBSTANCES

From on or about April 2024, and continuing thereafter until on or about February 5, 2026, in the Southern District of Illinois, and elsewhere,

**ANTHONY ELLISON,
TYRUS CREW, JR.,
JAMES ROBINSON, and
IDANI JOHNSON,**

defendants herein, did knowingly and willfully conspire and agree together and with other persons, both known and unknown to the grand jury, to enter without authority the business premises or property, to wit: pharmacies, of a person or entity registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act (21 U.S.C. §822), with the intent to steal any material or compound containing any quantity of controlled substance, and in the course of this conspiracy, one or more of the defendants traveled in interstate or foreign commerce or used any facility in interstate or foreign commerce to facilitate such entry.

## MANNER AND MEANS OF THE CONSPIRACY

1.      In furtherance of the conspiracy, **ANTHONY ELLISON, TYRUS CREW, JR.,** **JAMES ROBINSON,** and **IDANI JOHNSON** took flights from California to the Cincinnati, Ohio area, where **IDANI JOHNSON** or another co-conspirator rented one or more vehicles, hotels, and short-term rental units for use by the members of the conspiracy during the burglaries.

2.      The defendants, **ANTHONY ELLISON, TYRUS CREW, JR., and JAMES ROBINSON,** traveled from the Cincinnati area to pharmacies across the United States, including Missouri, Illinois, Indiana, Ohio, Kentucky, Tennessee, and Pennsylvania.

3.      Upon arrival at the pharmacies, members of the conspiracy remained in the rented get-away vehicle, while other members of the conspiracy unlawfully entered the pharmacies and stole controlled substances from the pharmacy.

4.      The conspiracy also targeted pharmacies in the western part of the United States, including Idaho.

5.      In furtherance of the conspiracy, the defendant, **IDANI JOHNSON,** and others, rented one or more vehicles and hotels for use by the members of the conspiracy to burglarize pharmacies in the western portion of the United States.

6.      The defendants **ANTHONY ELLISON, TYRUS CREW, JR., JAMES ROBINSON,** and **IDANI JOHNSON,** and others, drove from the California area to western pharmacies, unlawfully entered into pharmacies, and stole controlled substances.

## OVERT ACTS

7.      In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Southern District of Illinois and elsewhere:

(a)      On or about April 11, 2024, **TYRUS CREW, JR,** and others, traveled to Monaca,

Pennsylvania, where one or more members of the conspiracy committed a series of burglaries of pharmacies, with the intent to steal any material or compound containing any quantity of controlled substance, including Hometown Pharmacy in Monaca, Pennsylvania.

(b)     On or about July 11, 2024, a member of the conspiracy rented a blue Toyota Camry and provided the Camry to members of the conspiracy, who used the rented vehicle to travel to multiple pharmacies across Illinois, Missouri, Indiana, and Ohio.

(c)     On or about July 16, 2024, **ANTHONY ELLISON, TYRUS CREW, JR.,** and **JAMES ROBINSON,** and others, traveled to Illinois and Missouri, where one or more members of the conspiracy committed a series of burglaries of pharmacies, with the intent to steal any material or compound containing any quantity of controlled substance, including Wellcreek Pharmacy in Bethalto, Illinois; Maryville Pharmacy in Maryville, Illinois; and the Medicine Shoppe in St. Louis, Missouri.

(d)     On or about July 17, 2024, **ANTHONY ELLISON, TYRUS CREW, JR.,** and **JAMES ROBINSON,** and others, traveled to Illinois, where one or more members of the conspiracy committed a series of burglaries of pharmacies, with the intent to steal any material or compound containing any quantity of controlled substance, including Prescriptions Plus in Lebanon, Illinois; Family Care Pharmacy in Breese, Illinois; Comprehensive Care Pharmacy in Breese, Illinois; and Save-Mor Pharmacy in Neoga, Illinois.

(e)     On or about July 19, 2024, **ANTHONY ELLISON, TYRUS CREW, JR.,** and **JAMES ROBINSON,** and others, traveled to Ohio, where one or more members of the conspiracy committed a series of burglaries of pharmacies, with the intent to

3

steal any material or compound containing any quantity of controlled substance, including Schaeper's Pharmacy in Cincinnati, Ohio; Kratzer's Pharmacy in Mt. Orab, Ohio; and Barr's Pharmacy in Blanchester, Ohio.

(f) On or about March 27, 2025, **IDANI JOHNSON**, and others, rented vehicles used by members of the conspiracy to travel to Fruitland, Idaho.

(g) On or about March 31, 2025, **TYRUS CREW, JR., JAMES ROBINSON, IDANI JOHNSON**, and others, traveled to Idaho, where one or more members of the conspiracy committed a burglary of St. Luke's Retail Pharmacy in Fruitland, Idaho, with the intent to steal any material or compound containing any quantity of controlled substance.

(h) On or about May 31, 2025, a member of the conspiracy rented a silver Mitsubishi Outlander, and members of the conspiracy used the rented vehicle to travel to Ohio and Indiana.

(i) On or about June 1 and 2, 2025, **ANTHONY ELLISON, TYRUS CREW, JR., JAMES ROBINSON, IDANI JOHNSON,** and others traveled to Ohio and Indiana, where one or more members of the conspiracy committed a series of burglaries with the intent to steal any material or compound containing any quantity of controlled substance of pharmacies, including Mullany's Pharmacy in Forest Park, Ohio; Hill's Pharmacy in Milford, Ohio; Clark's Pharmacy in Washington Township, Ohio; TRI Health Pharmacy in Norwood, Ohio; and George's Pharmacy in Bright, Indiana.

(j) On or about August 4, 2025, **IDANI JOHNSON** rented a black Chevrolet Blazer, used by members of the conspiracy to travel to Tennessee.

(k) On or about August 6, 2025, **ANTHONY ELLISON, TYRUS CREW, JR.,** and

4

others traveled to Tennessee, where one or more members of the conspiracy committed a series of burglaries of pharmacies with the intent to steal any material or compound containing any quantity of controlled substance, including Guardian Pharmacy and OptivRX in Knoxville, Tennessee.

(l)     On or about September 11, 2025, **ANTHONY ELLISON, TYRUS CREW, JR.,** and others traveled to Ohio, where one or more members of the conspiracy committed a series of burglaries of pharmacies, with the intent to steal any material or compound containing any quantity of controlled substance, including Prescription Supply in Northwood, Ohio; Hicksville Pharmacy and Home in Hicksville, Ohio; Okuley's Pharmacy in Paulding, Ohio; and Genoa Health Pharmacy in Van Wert, Ohio.

(m)     On or about October 16, 2025, **ANTHONY ELLISON, TYRUS CREW, JR.,** and others traveled to Indiana, where one or more members of the conspiracy committed a series of burglaries of pharmacies, with the intent to steal any material or compound containing any quantity of controlled substance, including Forest Ridge Medical Center in New Castle, Indiana, and RMH Hometown Pharmacy in Rushville, Indiana.

(n)     On or about December 12, 2025, **IDANI JOHNSON** rented a short-term rental house for use by the members during their burglaries. Another member of the conspiracy rented a vehicle for the members to use to commit the burglaries.

(o)     On or about December 17, 2025, **ANTHONY ELLISON, TYRUS CREW, JR.,** and others traveled to Indiana, where one or more members of the conspiracy committed a series of burglaries of pharmacies, with the intent to steal any material or compound containing any quantity of controlled substance, including Guardian

5

Pharmacy in Indianapolis, Indiana; Home Free Pharmacy in Indianapolis, Indiana; and Lifespan Pharmacy in Fishers, Indiana.

(p)   On or about February 5, 2026, **ANTHONY ELLISON, TYRUS CREW, JR.,** and others traveled to Ohio, where one or more members of the conspiracy committed a series of burglaries of pharmacies, with the intent to steal any material or compound containing any quantity of controlled substance, including Medicine Shoppe Pharmacy in Bellevue, Ohio, and Perrysburg Pharmacy in Perrysburg, Ohio.

All in violation of Title 18, United States Code, Section 2118(b) and (d).

## COUNT 2
### CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE: HYDROCODONE, METHADONE, MORPHINE, AND OXYCODONE

Beginning on or about April 2024, and continuing until on or about February 5, 2026, in the Southern District of Illinois, and elsewhere,

**ANTHONY ELLISON,
TYRUS CREW, JR.,
JAMES ROBINSON, and
IDANI JOHNSON,**

defendants herein, did conspire and agree together and with others, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute controlled substances, to wit: hydrocodone, methadone, morphine, and oxycodone, all Schedule II Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846.

6

A TRUE BILL

█████████████████

JENNIFER HUDSON
Assistant United States Attorney

Digitally signed by
STEVEN WEINHOEFT
Date: 2026.04.03 11:50:47
-05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond:
DETENTION